IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

ANNA CONNOLLY,

*Plaintiff*,

v.

HECTOR LASALLE, ROWAN WILSON, GENINE EDWARDS, RAMZI KASSEM, BRIAN GOTLIEB, DIANISBETH ACQUIE, CARMEN A PACHECO, JOY CAMPANELLI, KEVIN S PARKER, VANESSA FANG, KEVIN MCCLANAHAN, JILL SOFFIYAH ELIJAH, STEFANO CAMBARERI, MICHAEL ROSENTHAL, TANYA FAYE, ANDREA STEWART-COUSINS, PATRICIA CANZONERI-FITZPATRICK, WAVNY TOUSSAINT,

*Defendants*.

§ § § § § § § § § § § § § § § § § §

CIVIL ACTION NO. 1:26-CV-00356-MJT

JUDGE MICHAEL TRUNCALE

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 17, 2026, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management. On September 1, 2026, mail sent to Connolly was returned as undeliverable. [Dkt. 4]. Judge Hawthorn then issued a *Report and Recommendation* [Dkt. 5], which recommended dismissing Connolly's case for want of prosecution. On October 13, 2026, Judge Hawthorn's *Report and Recommendation* [Dkt. 5] was also returned undeliverable. [Dkt. 6].

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 5] along with the record, pleadings, and all available evidence. The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the *Report*

*and Recommendation* [Dkt. 5], and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 5] dismissing this case without prejudice for want of prosecution is ADOPTED. The court will separately enter Final Judgment.

**SIGNED this 28th day of October, 2026.**

Michael J. Truncale
United States District Judge